ORIGINAL

THOMAS E. WINNER
Nevada Bar No. 5168
ATKIN WINNER & SHERROD
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
twinner@awslawyers.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TEODULO MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>HORACE MANN INSURANCE COMPANY; DOES I through X, and ROE CORPORATIONS I through X, inclusive; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-01322-GMN-GWF<br><br>**STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Tamara V. Lile, attorney for the Plaintiff, TEODULO MARTINEZ, and Thomas E. Winner, attorney for Defendant, HORACE MANN INSURANCE COMPANY, that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees.

IT IS FURTHER STIPULATED that no jury fees were posted in the above referenced matter.

///
///
///
///
///
///

Page 1 of 3

317790.DOCX





RECEIVED

MAR 2 0 2012

ATKINWINNER&SHERROD

IT IS FURTHER STIPULATED THAT no trial date has been scheduled in the above referenced matter.

DATED this 6th day of March, 2012.

ATKIN WINNER & SHERROD

_____
Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102

SANTORO DRIGGS WALCH KEARNEY HOLLEY & THOMPSON

By _____
JAMES E. WHITMIRE, III.
Nevada Bar No. 6533
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

VANNAH & VANNAH

_____
Tamara V. Lile
Nevada Bar No. 10661
400 South Fourth Street, Sixth Floor
Las Vegas, NV 89101
Attorneys for Teodulo Martinez

317790.DOCX

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Plaintiff's Complaint be dismissed with prejudice, and each party to bear their own costs and attorney's fees; and,

IT IS FURTHER ORDERED that no jury fees have been posted in the above referenced matter.

IT IS FURTHER ORDERED that no trial date has been scheduled in the above referenced matter.

DATED this __4__ day of __April__, 2012.

_____
DISTRICT JUDGE

Submitted by:

ATKIN WINNER & SHERROD, LTD.

_____
Thomas E. Winner
Nevada Bar No. 5168
1117 South Rancho Drive
Las Vegas, Nevada 89102
Attorneys for Defendant

Case No.: 2:11-cv-01322-GMN-GWF

317790.DOCX